**Order entered May 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00245-CV

**SUSAN WILLIAMS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROBERT A. WILLIAMS, Appellant**

**V.**

**SUN LIFE ASSURANCE COMPANY OF CANADA AND PLANO INDEPENDENT SCHOOL DISTRICT, Appellee**

On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-1200-2013

## ORDER

We **GRANT** appellant's May 13, 2014 amended unopposed motion to extend time for filing brief and **ORDER** the brief be filed no later than July 17, 2014. Appellant is cautioned that no further extensions will be granted absent exigent circumstances.

Appellant's May 13, 2014 unopposed motion to extend time for filing brief is **DENIED** as moot.

/s/     ELIZABETH LANG-MIERS
        JUSTICE